UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br><br>BROADWAY EQUITY HOLDINGS LLC,<br><br>                              Debtor, | Chapter 11<br><br>Case No.: 17-22242 (RDD) |
| BROADWAY EQUITY HOLDINGS LLC,<br><br>                              Plaintiff,<br><br>- against -<br><br>152 BROADWAY HAVERSTRAW NY LLC, BLUE BEVERAGE GROUP, INC., JOSEPH GOLDBERGER, TOBY WEINBERGER, MFT HOLDINGS LLC, ESTATE OF JENO GUTTMAN, RYVKIE GOLDBERGER, LAND TRACK TITLE AGENCY, LLC, VILLAGE OF HAVERSTRAW RECEIVER OF TAXES, COMMISSIONER OF FINANCE OF THE COUNTY OF ROCKLAND, NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE, "JOHN DOE NO. 1" through "JOHN DOE NO. 10", and said names being fictitious, it being the intention of Plaintiff to designate all persons, partnerships, corporations, or other entities in possession of the premises, as tenant or otherwise any/or all persons or entities having or claiming an interest in said premises,<br><br>                              Defendants. | Adversary Case No.: 17-8215 (RDD) |

**ORDER TO SHOW CAUSE**

UPON reading the Motion of Joseph Goldberger, Toby Weinberger a/k/a Toby Menczer, the Estate of Jeno Guttman, MFT Holdings LLC, Ryvkie Goldberger (the "Movants") annexed hereto, and upon all the prior pleadings and proceedings heretofore had herein, it is hereby

ORDERED THAT:

Plaintiff Debtors or their attorneys, show cause before the Honorable Robert D. Drain, United States Bankruptcy Judge, at a hearing to be held at the United States Bankruptcy Court, at 300 Quarropas Street, White Plains. New York, on the ___ day of _____, 2020, at _____ _.m., or as soon thereafter as counsel can be heard (the "Hearing"), why the Court should not enter an order that UPON THE POSTING OF CASH IN ESCROW IN AN AMOUNT TO BE DETERMINED BY THE COURT AND OTHER SECURITY in a form satisfactory to the Court, that the ORDER GRANTING MOTION FOR POST-JUDGMENT RELIEF (the "Post-Judgment Order") issued in this Adversary Proceeding on June 29, 2020 (Docket Number 169) should be vacated; and it is further

ORDERED that opposition to the relief requested by this Order to Show Cause, if any, shall be in writing and shall be filed with the Court and served on counsel for the moving parties by email by _____ by _____m.; and it is further

ORDERED, that, until the Hearing, all depositions and discovery sought to be taken pursuant to the Post-Judgment Order shall be held in abeyance; and it is further

ORDERED, that, until the Hearing, adversary proceedings numbered 20-06281 and 20-06280 be stayed;

ORDERED, that service of a copy of this Order to Show Cause on the Parties annexed as Schedule A, together with the papers upon which it is granted, by email, with service also provided by the electronic service of the Court, on or before July __, 2020, shall be deemed good and sufficient service thereof.

Dated: New York, New York
        July , 2020

                                                                       _____
                                                                                    U.S.B.J.